IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARTHA WONG and DANIEL A. BERNATH,

        Pro Se Plaintiffs,

v.

RANDY ROSENBLATT, and individual doing business as DISABILITY NW LLC, DISABILITY LAW OFFICE NW, LLC, MICK ROSENBLATT, LIELA ROSENBLATT, BARNSLEY ENTERPRISE LLC, PAT GOODMAN, LEILA R. AND MILTON L. ROSENBLATT LIVING TRUST, ROBERT GREEN, MILTON L. GOODMAN, ONPOINTE COMMUNITY CREDIT UNION, and DANIEL MULTOPS,

        Defendants.

3:13-cv-02209-ST

ORDER

---

PAT GOODMAN, DISABILITY LAW OFFICE NW, LLC, LIELA ROSENBLATT, LIELA R. AND MILTON L. ROSENBLATT LIVING TRUST, MICK ROSENBLATT, ROBERT GREEN, and RANDY ROSENBLATT,

        Counter-Claimants,

v.

1 - ORDER

MARTHA WONG and DANIEL A.
BERNATH

    Counter-Defendants.

**RICHARD W. TODD**
Todd & Shannon, LLP
111 W. Historic Columbia River Highway
Troutdale, OR 97060
(503) 232-2600

  Attorney for Defendants
  Milton L. Goodman Disability
  Law Office NW, LLC, Barnsley
  Enterprise LLC, and Defendants
  and Counter-Claimants Randy
  Rosenblatt, Mick Rosenblatt,
  Liela Rosenblatt, Pat Goodman,
  Leila R. and Milton L. Rosenblatt
  Living Trust and Robert Green

**MELISSA E. BEYER**
Farleigh Wada Witt, PC
121 S.W. Morrison Street
Suite 600
Portland, OR 97204-3136
(503) 228-6044

  Attorney for Defendant
  OnPointe Community Credit
  Union

**CHRISTOPHER E. HAWK**
**CRAIG J. MARIAM**
Gordon & Rees LLP
121 SW Morrison Street
Suite 1575
Portland, OR 97204
(503) 222-1075

  Attorneys for Defendant
  Daniel Multops

2 - ORDER

**WILLIAM A. DAVIS**
Davis Rothwell Earle & Xochihua, PC
111 S.W. 5th Avenue
Suite 2700
Portland, OR 97204-3650
(503) 222-4422

    Attorney for Counter-
    Defendants

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#112) on March 4, 2014, in which she recommends this Court dismiss this action without prejudice for lack of subject matter jurisdiction. On April 7, 2014, this Court took under advisement Plaintiffs' Motion (#3) to Appoint Receiver and/or Motion for Preliminary Injunction and review of the Magistrate Judge's Findings and Recommendation (#112).

    No objections were filed to the Magistrate Judge's Findings and Recommendations. On March 17, 2014 before the deadline to file objections, however, Plaintiffs filed a Motion Motion (#126) for Leave to file a Third Amended Complaint (which the Court notes should be a reference to a Second Amended Complaint). The Magistrate Judge entered an Order (#138) taking Plaintiff's Motion (#126) for Leave under advisement on April 21, 2014.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v.*

3 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#112) and **DISMISSES** without prejudice Plaintiffs' First Amended Complaint (#98) for lack of subject matter jurisdiction. The Court also **DENIES** Plaintiffs' Motion (#3) to Appoint Receiver and/or for Preliminary Injunction for lack of subject matter jurisdiction. The Court's ruling herein is without prejudice to the Magistrate Judge's consideration of Plaintiffs' Motion (#126) for Leave to Amend.

IT IS SO ORDERED.

DATED this 11th day of April, 2014.

_____
ANNA J. BROWN
United States District Judge

4 - ORDER